UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Leo E. Baerthel,

        Plaintiff,

vs.                                                ORDER

Carolyn W. Colvin, Commissioner
of the Social Security Administration,

        Defendant.              Criv. No. 12-1761 (SRN/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1.     Defendant's Motion for Summary Judgment [Docket No. 9] is **GRANTED**; and

2.     Plaintiff's Motion for Summary Judgment [Docket No. 6] is **DENIED.**

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                                                                         BY THE COURT:

DATED: August 19, 2013                    s/Susan Richard Nelson
St. Paul, Minnesota                        Judge Susan Richard Nelson
                                                             United States District Judge